FARMERS & MERCHANTS STATE BANK OF MORGAN v. JULIUS
ZAMZOW AND OTHERS.
AMELIA ZAMZOW, APPELLANT.[1]

October 30, 1925.

No. 24,718.

**Verdict sustained.**
Evidence sustains the verdict.

See Crops, 17 C. J. p. 383, § 11 (Anno).

Action in replevin in the district court for Redwood county. The, case
was tried before Olsen, J., and a jury which answered in the negative the
question: "Did Amelia Zamzow own the crops in the year 1923 upon that
part of the lands in question which, before the expiration of the period of
redemption from the mortgage sale, were owned by her?" Amelia Zam-
zow, intervener, appealed from an order denying her motion for a new trial.
Affirmed.

*W. E. Werring* and *A. C. Dolliff,* for appellant.
*Albert D. Flor,* for respondent.

PER CURIAM.
Replevin for the owner's share of crops, the case having been tried as
one for conversion. The only issue was one of fact as to whether inter-
vener, Amelia Zamzow, or her husband, Julius Zamzow, raised the crop
in question. On that issue the verdict was for plaintiff and against inter-
vener, plaintiff claiming under a cropping contract with Julius Zamzow.

The evidence is inconsistent at so many points with intervener's claim
that the jury was warranted in rejecting it, as they did by the verdict.
Her husband raised and harvested the crop, and, without objection from
intervener, had it pretty well disposed of for the benefit of himself and his
own creditors, other than plaintiff, before the intervener asserted her
claim or made any pretense of ownership. The resulting verdict against
her was therefore justified, and, having been confirmed by the denial of the
motion for a new trial, cannot be interfered with here.

Order affirmed.

[1]Reported in 205 N. W. 452.